**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 OCT 22 AM 11:49

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  REED W. LAWSON,  Defendants. | 4:14CR3124  INDICTMENT |

The Grand Jury charges that

## COUNT 1

Between on or about December 1, 2012, and on or about January 1, 2014, in the District of Nebraska and elsewhere, the defendant, REED W. LAWSON, knowingly and intentionally combined, conspired, confederated and agreed with other persons, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21 U.S. Code, Section 841(a)(1).

In violation of Title 21 United States Code, Section 846.

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*[signature]*
BRUCE W. GILLAN
Assistant United States Attorney