IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REED LAWSON,<br><br>    Defendant. | 4:14CR3124<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Lancaster County Jail, Lincoln, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that said defendant be before United States Magistrate Judge Cheryl R. Zwart for a hearing beginning on or after October 27, 2014, at 3:00 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Lancaster County Jail, the Lincoln Police Department and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA,
Petitioner

DEBORAH R. GILG
United States Attorney
District of Nebraska

By:    *s/ Bruce W. Gillan*
BRUCE W. GILLAN, #15396
Assistant U.S. Attorney
100 Centennial Mall North
487 Federal Building
Lincoln, NE  68508-3865
Tel:  (402) 437-5241
E-mail:  bruce.gillan@usdoj.gov

UNITED STATES OF AMERICA )
) ss
DISTRICT OF NEBRASKA )

Bruce W. Gillan, being first duly sworn on oath says that he is an Assistant United States Attorney for the District of Nebraska, that he has read the foregoing Motion, and that the facts set forth therein are true.

*[signature]*
BRUCE W. GILLAN, #15396
Assistant United States Attorney

Subscribed to and sworn to before me this 27th day of October, 2014.

GENERAL NOTARY - State of Nebraska
CHERYL R. DIETRICH
My Comm. Exp. April 20, 2017

*[signature]*
Notary Public